UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-14061-CR-MOORE/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERRI MATHIS COLLINS,

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON FINAL HEARING REGARDING THE PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE**

**THIS CAUSE** having come before the Court for a final hearing on August 29, 2019 with respect to the Petition for Warrant for Offender under Supervision (the "Petition") [D.E. 59], and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on August 29, 2019 for a final hearing on the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 1, 2018 in Polk County, Florida, the defendant committed the offense of Possession of Drug Paraphernalia, contrary to Florida Statute 893.147(1). |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about December 1, 2018 in Polk County, Florida, the defendant committed the offense of Possession of Methamphetamine, contrary to Florida Statute 893.13(6)(A). |
| **Violation Number 3** | **Violation of Mandatory Condition**, by unlawfully possessing a controlled substance. On or about December 1, 2018, the defendant was found in possession of Methamphetamine by the Polk County Sheriff's Office and |

|  |  |
|---|---|
|  | charged with Possession of Methamphetamine, contrary to 893.13(6)(A), in Polk County, Florida. |
| **Violation Number 4** | **Violation of Standard Condition**, by associating with a person who is a convicted felon without permission of the U.S. Probation Officer. On or about December 1, 2018, the defendant associated with Tyler Gatewood, White/Male, [Identifiers Redacted], convicted in Polk County, Florida on August 28, 2009, Docket Number 2009-CF-005149 of Grand Theft Over $300 Less Than $5000. |

2. After consultation with her attorney, Defendant announced to this Court that she wished to admit Violation Numbers 1 and 2 as set forth in the Petition. The Government stated on the record that it would dismiss Violation Numbers 3 and 4 after sentencing. This Court questioned the Defendant on the record and made certain that she understood her rights in regard to an evidentiary hearing with respect to Violation Numbers 1 and 2. Defendant acknowledged that she understood her rights and further understands that if this Court accepts her admissions as to Violation Numbers 1 and 2, all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

3. The Government provided a factual proffer for Defendant's admissions. On December 1, 2018, Ms. Collins was arrested by the Polk County Sheriff's Office for Possession of Drug Paraphernalia, contrary to Florida Statute 893.147(1) and Possession of Methamphetamine, contrary to Florida Statute 893.13(6)(A). On June 12, 2019, a jury found her guilty, and she was sentenced. Defendant agreed that the Government's proffer was true and correct, and that the Government could prove these facts against her were a hearing to be held in this matter. The Court has considered the Government's proffer and finds that it sets forth a sufficient basis to support Defendant's admissions to Violation Numbers 1 and 2.

4. The possible maximum penalties faced by Defendant were read into the record by the Government, and the Defendant stated that she understood those penalties.

**ACCORDINGLY**, this Court recommends to the District Court that Defendant be found to have violated her supervised release with respect to Violation Numbers 1 and 2, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable K. Michael Moore, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 29th day of August, 2019.

_____
SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE